NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2614-15T3

IN THE MATTER OF THE
APPEAL OF JOHN KOTCHKOWSKI.

_____________________________

 Submitted February 7, 2017 – Decided June 16, 2017

 Before Judges Fisher and Leone.

 On appeal from Superior Court of New Jersey,
 Law Division, Morris County, Docket No. 15-
 11.

 Thomas Roughneen & Associates, LLC, attorneys
 for appellant John Kotchkowski (Matthew J.
 Werner and Mr. Roughneen, on the briefs).

 Fredric M. Knapp, Morris County Prosecutor,
 attorney for respondent State of New Jersey
 (Paula Jordao, Assistant Prosecutor, on the
 brief).

PER CURIAM

 John Kotchkowski appealed a July 25, 2016 order. We invited

the Attorney General to participate in the appeal. Kotchkowski

and the Attorney General have amicably resolved the issue on

appeal, and Kotchkowski has agreed to withdraw his appeal.

 Accordingly, it is hereby ordered that the appeal is dismissed

with prejudice and without costs.